IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN SPRADLEY, | ) |
| Plaintiff, | ) ) ) 6: 11-cv-1137-TC |
| v. | ) ) ORDER |
| STATE OF OREGON, et al., | ) ) |
| Defendants. | ) ) |

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on February 15, 2012. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. This action is dismissed for failure to prosecute. The clerk of court is directed to enter judgment accordingly.

DATED this 20th day of March, 2012.

_____
Michael R. Hogan
United States District Judge

2   - ORDER